APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1905, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*F. De Lysle Smith* for appellant.

*Melville J. France* for respondent.

*Per Curiam.* The judgment should be affirmed, with costs. The Employers' Liability Act (Chap. 600, Laws 1902) did not provide a remedy for an employee injured in the course of his employment which was exclusive or in abrogation of a right of action at common law. It gave him a right of action for such injury which was in addition to remedies theretofore existing. The complaint in this action contained allegations appropriate to and sufficient for the statement of a cause of action at common law, and especially after the proceedings with reference to the complaint occurring at the commencement of the trial the trial judge was justified in treating the action as one at common law.

CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, JJ., concur; WILLARD BARTLETT, J., not sitting.

Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* E. BURTON ALLCUTT, Appellant.

*People* v. *Allcutt,* 117 App. Div. 546, affirmed.
(Argued May 28, 1907; decided June 14, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1907, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the unlawful practice of medicine.

*Terence J. McManus* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed ; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHARLES M. JOYCE, Respondent.

*People* v. *Joyce,* 112 App. Div. 717, affirmed.
(Argued May 29, 1907; decided June 14, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1906, which reversed a judgment of the Onondaga County. Court rendered upon a verdict convicting the defendant of the crime of abandoning children under fourteen years of age.

*George W. Standen* and *William L. Barnum* for appellant.

*Harley J. Crane* for respondent.

Order affirmed ; no opinion.

Concur: O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.

---

DAVID SEXTON, as Administrator of the Estate of GRACE SEXTON, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Sexton* v. *N. Y. C. & H. R. R. R. Co.,* 114 App. Div. 678, affirmed.
(Argued May 29, 1907; decided June 14, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 27, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.